# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2958 Disciplinary Docket No. 3 |
| | : | |
| LANHI SALDANA, A/K/A LANHI H. SALDANA | : | No. 31 DB 2023 |
| | : | |
| | : | (Supreme Court of New Jersey, D-32 |
| | : | September Term 2022) |
| | : | |
| | : | Attorney Registration No. 323327 |
| | : | |
| | : | (Bucks County) |

## ORDER

**PER CURIAM**

   **AND NOW**, this 3rd day of May, 2023, having failed to respond to a Notice and Order directing her to provide reasons against the imposition of reciprocal discipline, Lanhi Saldana, a/k/a Lanhi H. Saldana, is disbarred from the practice of law in the Commonwealth of Pennsylvania. She shall comply with the provisions of Pa.R.D.E. 217.